*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR EL HURACÁN JOSÉ.

*Número:* EM-99-03          *Resuelto:* 22 de octubre de 1999

---

## RESOLUCIÓN

Desde el pasado martes 19 del corriente se emitió para Puerto Rico un aviso de huracán. En vista de ello, se decretó la suspensión de los trabajos ordinarios de la Rama Judicial para los dos (2) días siguientes, 20 y 21 de octubre.

A tal efecto, y al amparo de nuestra facultad inherente de reglamentar los procesos judiciales en dichas circunstancias, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por el Art. 388 del Código Político de 1902 (1 L.P.R.A. sec. 72), teniendo los días en que permanecieron cerrados los tribunales por causa de la descrita emergencia el mismo efecto que los días feriados.

*Se ordena la inmediata difusión de esta Resolución y, además, su publicación por la Compiladora y Publicista de Jurisprudencia, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón no intervino.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*